FILED

2008 OCT 21 AM 10: 36

CENTRAL DISTRICT COURT
LOS ANGELES CALIF
BY _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER 8-1201-1 |
|---|---|
| v. CAVAZOS, RUBEN DEFENDANT(S) | REPORT COMMENCING CRIMINAL ACTION |

TO:   CLERK'S OFFICE, U. S. DISTRICT COURT

All items are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 21·OCT·08 @ 0530 HRS    ☐AM /☐PM
2. Charges under which defendant has been booked at Metropolitan Detention Center (MDC):
   18 USC 1959 / 18 USC 1961
3. Offense charged is a: ☒Felony  ☐Minor Offense  ☐Petty Offense  ☐Other Misdemeanor
4. U.S. Citizen: ☒Yes  ☐No  ☐Unknown
5. Year of Birth: ▓▓▓▓ :56
6. The defendant is: ☒ Presently in custody on this charge.
   ☐ At liberty on bond posted before a Magistrate Judge.
   ☐ At liberty and warrant is requested.
   ☐ Federal - In custody on another conviction.
   ☐ State - In custody awaiting trial on these charges.
7. Place of detention (if out-of-district):
8. Date detainer placed on defendant:
9. This is a reprosecution of previously dismissed charges. (Docket/Case No. _____)
10. Name of Pretrial Services Officer:
11. Remarks (if any): NOT KNOWN AT THIS TIME
12. Date: 21·OCT·08         13. Signature: [signature]
14. Name: PAUL D. VANDERPLOW    15. Title: GROUP SUPERVISOR

CR-64 (07/05)                    REPORT COMMENCING CRIMINAL ACTION