THOMAS P. O'BRIEN
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER BRUNWIN
Assistant United States Attorney
Deputy Chief, Violent & Organized Crime Section
STEVEN R. WELK
California State Bar No. 149883
Assistant United States Attorney
Chief, Asset Forfeiture Section
FRANK D. KORTUM
California State Bar No. 110984
Assistant United States Attorney
Asset Forfeiture Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5710
     Facsimile: (213) 894-7177
     E-mail: frank.kortum@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUBEN CAVAZOS, <br> aka "Doc", et al., <br><br> Defendants. | CR 08-1201 FMC <br><br> **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |

/ / /

/ / /

/ / /

1  The United States hereby submits the following Bill of
2  Particulars for Forfeiture of Property.
3  Count 85 of the Indictment notified defendants pursuant to
4  Rule 32.2(a) of the Federal Rules of Criminal Procedure that the
5  government seeks forfeiture of property pursuant to 18 U.S.C.
6  § 1963.  The United States hereby gives further notice that, with
7  respect to said Count, it intends to seek forfeiture of the
8  following specific property:
9      the trademark / service mark, an example of which is
10     attached hereto as exhibit A (Registration No. 3076731),
11     issued to Mongol Nation, purportedly for use in commerce in
12     connection with promoting the interests of persons
13     interested in the recreation of riding motorcycles.
14
15 DATED: November 4, 2008
16                                   THOMAS P. O'BRIEN
                                  United States Attorney
17                                   CHRISTINE C. EWELL
                                  Assistant United States Attorney
18                                   Chief, Criminal Division
                                  CHRISTOPHER BRUNWIN
19                                   Assistant United States Attorney
20                                   _/s/_____
21                                   STEVEN R. WELK
                                  Assistant United States Attorney
22                                   Chief, Asset Forfeiture Section
                                  FRANK D. KORTUM
23                                   Assistant United States Attorney
24                                   Attorneys for Plaintiff
                                  UNITED STATES OF AMERICA
25
26
27
28

Int. Cl.: 25

Prior U.S. Cls.: 22 and 39

Reg. No. 3,076,731

United States Patent and Trademark Office   Registered Apr. 4, 2006

## TRADEMARK
### PRINCIPAL REGISTER



MONGOL NATION (CALIFORNIA UNINCORPO-
  RATED ASSOCIATION)
1028 N. LAKE AVENUE, SUITE 202
PASADENA, CA 91104

  FOR: JACKETS AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-26-1970; IN COMMERCE 2-26-1970.

SER. NO. 78-610,213, FILED 4-15-2005.

KHANH LE, EXAMINING ATTORNEY



PROOF OF SERVICE BY MAIL

I am over the age of 18 and not a party to the within action. I am employed by the Office of the United States Attorney, Central District of California. My business address is 312 North Spring Street, Suite 1400, Los Angeles, California 90012.

On November 5, 2008, I served a BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices.

TO:   See Attached Service List

 X  I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

___ Via Hand Delivery

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: November 5, 2008 at Los Angeles, California.

_____
Tina Keleshyan

| | |
|---|---|
| 1 | SERVICE LIST |
| 2 | Roseline Der Gregorian-Feral, Esq.<br>444 W C Street, Suite 310 |
| 3 | San Diego, CA 92101 |
| 4 | Craig J. Leff, Esq.<br>2207 Catalina Blvd. |
| 5 | San Diego, CA 92107 |
| 6 | Fredrick M. Carroll, Esq.<br>424 F Street, Suite A |
| 7 | San Diego, CA 92101 |
| 8 | John David Kirby, Esq.<br>1010 2nd Ave., #1850 |
| 9 | San Diego, CA 92101 |
| 10 | Robert A. Nadler, Esq.<br>Robert A Nadler Law Offices |
| 11 | 433 N. Camden Dr., Suite 400<br>Beverly Hill, CA 90210 |