1  SEAN K. KENNEDY (No. 145632)
   Federal Public Defender
2  E-mail: sean_kennedy@fd.org
   ANGEL NAVARRO (No. 155702)
3  Deputy Federal Public Defender
   E-mail: angel_navarro@fd.org
4  Office of the Federal Public Defender
   321 East 2nd Street
5  Los Angeles, California  90012-4206
   Telephone (213) 894-7121
6  Facsimile (213) 894-0081

7  Attorneys for Defendant
   RUBEN CAVAZOS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 08-1201-FMC |
|---|---|---|
| Plaintiff, | ) | DECLARATION OF COUNSEL PURSUANT TO COURT MANAGEMENT ORDER |
| v. | ) | |
| RUBEN CAVAZOS, et. al., | ) | |
| Defendant. | ) | |

Defendant, Ruben Cavazos, by and through his attorney of record, Deputy Federal Public Defender Angel Navarro, hereby submits the attached declaration of counsel with regard to the Court's Management Order.

                            Respectfully submitted,

                            SEAN K. KENNEDY
                            Federal Public Defender

DATED:  December 15, 2008   By      /s/
                            ANGEL NAVARRO
                            Deputy Federal Public Defender

# DECLARATION OF ANGEL NAVARRO

I, Angel Navarro, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Ruben Cavazos. I was appointed to represent Mr. Cavazos on October 21, 2008.

2. Thus far, I have met in person with Mr. Cavazos on the following dates: October 23, 2008; October 24, 2008; October 29, 2008; October 30, 2008; November 4, 2008; November 6, 2008, November 12, 2008; November 19, 2008 and December 4, 2008.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

December 15, 2008        /s/
                         Angel Navarro
                         Deputy Federal Public Defender

2