SEAN K. KENNEDY (No. 145632)
Federal Public Defender
E-mail: sean_kennedy@fd.org
ANGEL NAVARRO (No. 155702)
Deputy Federal Public Defender
E-mail: angel_navarro@fd.org
Office of the Federal Public Defender
321 East 2nd Street
Los Angeles, California  90012-4206
Telephone (213) 894-7121
Facsimile (213) 894-0081

Attorneys for Defendant
RUBEN CAVAZOS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 08-1201-FMC |
| Plaintiff, | ) | DECLARATION OF COUNSEL PURSUANT TO COURT MANAGEMENT ORDER |
| v. | ) | |
| RUBEN CAVAZOS, et. al., | ) | |
| Defendant. | ) | |

Defendant, Ruben Cavazos, by and through his attorney of record, Deputy Federal Public Defender Angel Navarro, hereby submits the attached declaration of counsel with regard to the Court's Management Order.

Respectfully submitted,

SEAN K. KENNEDY
Federal Public Defender

DATED: January 8, 2009          By     /s/
                                ANGEL NAVARRO
                                Deputy Federal Public Defender

## DECLARATION OF ANGEL NAVARRO

I, Angel Navarro, hereby state and declare as follows:

1. I am a Deputy Federal Public Defender in the Central District of California appointed to represent Ruben Cavazos. I was appointed to represent Mr. Cavazos on October 21, 2008.

2. Since December 10, 2008, I have met in person with Mr. Cavazos on the following dates: December 24, 2008 and January 7, 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

January 8, 2009                          /s/
                                         Angel Navarro
                                         Deputy Federal Public Defender

2

| | |
|---|---|
| 1 | PROOF OF SERVICE |
| 2 | I, the undersigned, declare that I am a resident or employed in Los Angeles |
| 3 | County, California; that my business address is the Office of the Federal Public |
| 4 | Defender, 321 East 2nd Street, Los Angeles, California 90012-4202; that I am over |
| 5 | the age of eighteen years; that I am not a party to the above-entitled action; that I am |
| 6 | employed by the Federal Public Defender for the Central District of California, who |
| 7 | is a member of the Bar of the United States District Court for the Central District of |
| 8 | California, and at whose direction I served the DECLARATION OF COUNSEL |
| 9 | PURSUANT TO COURT MANAGEMENT ORDER. |
| 10 | On January 8, 2009 following ordinary business practice, service was: |

[x] Placed in a closed envelope, for collection and hand-delivery by our internal staff, addressed as follows:

[ ] By hand-delivery addressed as follows:

[ ] Placed in a sealed envelope for collection and mailing via United States Mail, addressed as follows:

[ ] By facsimile as follows:

[ ] By e-mail as follows:

Christopher Brunwin
Assistant United States Attorney
United States Court House
312 North Spring Street, Room 1525
Los Angeles, California 90012

This proof of service is executed at Los Angeles, California, on January 8, 2009.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

*Toni Alcaraz*
Toni Alcaraz