United States Patent and Trademark Office 

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help

## Assignments on the Web > Trademark Query

# Trademark Assignment Abstract of Title

**Total Assignments: 3**
**Serial #:** 76532713      **Filing Dt:** 07/28/2003       **Reg #:** 2916965        **Reg. Dt:** 01/11/2005
**Registrant:** Mongol Nation
**Mark:** MONGOLS

### Assignment: 1
**Reel/Frame:** 3751/0879     **Received:** 04/03/2008      **Recorded:** 04/03/2008        **Pages:** 4
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** MONGOL NATION

**Exec Dt:** 03/26/2008
**Entity Type:** UNINC. ASSOCIATION
**Citizenship:** CALIFORNIA

**Assignee:** SHOTGUN PRODUCTIONS LLC
1028 NORTH LAKE AVE.
PASADENA, CALIFORNIA 91104

**Entity Type:** LIMITED LIABILITY COMPANY
**Citizenship:** CALIFORNIA

**Correspondent:** MICHAEL R. DORAM
1028 NORTH LAKE AVE.
PASADENA, CA 91104

### Assignment: 2
**Reel/Frame:** 3873/0854     **Received:** 10/14/2008       **Recorded:** 10/14/2008       **Pages:** 5
**Conveyance:** CORRECTIVE ASSIGNMENT
**Assignor:** MONGOL NATION

**Exec Dt:** 10/13/2008
**Entity Type:** UNINC. ASSOCIATION
**Citizenship:** CALIFORNIA

**Assignee:** MONGOL NATION
1208 RIDERWOOD AVE.
HACIENDA HEIGHTS, CALIFORNIA 91745

**Entity Type:** UNINC. ASSOCIATION
**Citizenship:** CALIFORNIA

**Correspondent:** RYAN MCCLURE, ESQ.
3200 GUASTI ROAD, SUITE 100
ONTARIO, CA 91761

### Assignment: 3
**Reel/Frame:** 3922/0720     **Received:** 01/22/2009       **Recorded:** 01/22/2009       **Pages:** 3
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** MONGOL NATION

**Exec Dt:** 01/21/2009
**Entity Type:** UNINC. ASSOCIATION
**Citizenship:** NONE

**Assignee:** MONGOLS NATION MOTORCYCLE CLUB INC.
147 W. ROUTE 66
PMB #627
GLENDORA, CALIFORNIA 91740

**Entity Type:** CORPORATION
**Citizenship:** CALIFORNIA

**Correspondent:** AMANDA V. DWIGHT
234 E. 17TH STREET
SUITE 114-A
COSTA MESA, CA 92627

Search Results as of: 06/16/2009 01:55 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.
Web Interface last modified: October 18, 2008 v.2.0.2



http://assignments.uspto.gov/assignments/q?db=tm&sno=76532713

22