# State of California

## Secretary of State

### CERTIFICATE OF STATUS

ENTITY NAME:   SHOTGUN PRODUCTIONS LLC

FILE NUMBER:         200806110154
FORMATION DATE:    02/07/2008
TYPE:                DOMESTIC LIMITED LIABILITY COMPANY
JURISDICTION:        CALIFORNIA
STATUS:              ACTIVE (GOOD STANDING)

I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

The records of this office indicate the entity is authorized to exercise all of its powers, rights and privileges in the State of California.

No information is available from this office regarding the financial condition, business activities or practices of the entity.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of October 27, 2008.

DEBRA BOWEN
Secretary of State

SEK
OSP 06 99731

EXHIBIT C

23

# State of California
## Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ____/____ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

OCT 2 7 2008

_____

DEBRA BOWEN
Secretary of State

Sec/State Form CE 108 (REV 1/2007)                           OSP 06 99733

24

2008061 10154

| LLC-1 | File # _____ |



# State of California
## Secretary of State

### LIMITED LIABILITY COMPANY
### ARTICLES OF ORGANIZATION

**FILED**
In the office of the Secretary of State
of the State of California

**FEB 0 7 2008**

A $70.00 filing fee must accompany this form.

IMPORTANT – Read instructions before completing this form.

This Space For Filing Use Only

---

**ENTITY NAME** (End the name with the words "Limited Liability Company," or the abbreviations "LLC" or "L.L.C." The words "Limited" and "Company" may be abbreviated to "Ltd." and "Co.," respectively.)

1   NAME OF LIMITED LIABILITY COMPANY

**SHOTGUN PRODUCTIONS LLC**

---

**PURPOSE** (The following statement is required by statute and should not be altered.)

2   THE PURPOSE OF THE LIMITED LIABILITY COMPANY IS TO ENGAGE IN ANY LAWFUL ACT OR ACTIVITY FOR WHICH A LIMITED LIABILITY COMPANY MAY BE ORGANIZED UNDER THE BEVERLY-KILLEA LIMITED LIABILITY COMPANY ACT

---

**INITIAL AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and both items 3 and 4 must be completed. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 3 must be completed (leave Item 4 blank).

3   NAME OF INITIAL AGENT FOR SERVICE OF PROCESS

Michael R. Doram

4   IF AN INDIVIDUAL, ADDRESS OF INITIAL AGENT FOR SERVICE OF PROCESS IN CALIFORNIA     CITY     STATE     ZIP CODE

1028 N. Lake Ave. Ste. 202                                                                 Pasadena   CA     91104

---

**MANAGEMENT** (Check only one)

5   THE LIMITED LIABILITY COMPANY WILL BE MANAGED BY

[✓] ONE MANAGER

[ ] MORE THAN ONE MANAGER

[ ] ALL LIMITED LIABILITY COMPANY MEMBER(S)

---

**ADDITIONAL INFORMATION**

6   ADDITIONAL INFORMATION SET FORTH ON THE ATTACHED PAGES, IF ANY, IS INCORPORATED HEREIN BY THIS REFERENCE AND MADE A PART OF THIS CERTIFICATE.

---

**EXECUTION**

7   I DECLARE I AM THE PERSON WHO EXECUTED THIS INSTRUMENT, WHICH EXECUTION IS MY ACT AND DEED

February 5, 2008
DATE

_Michael R. Doram_ (signature)
SIGNATURE OF ORGANIZER

Michael R. Doram
TYPE OR PRINT NAME OF ORGANIZER

25

---

LLC-1 (REV 04/2007)                                                APPROVED BY SECRETARY OF STATE

# State of California
## Secretary of State



I, DEBRA BOWEN, Secretary of State of the State of California, hereby certify:

That the attached transcript of ____/____ page(s) was prepared by and in this office from the record on file, of which it purports to be a copy, and that it is full, true and correct.



IN WITNESS WHEREOF, I execute this certificate and affix the Great Seal of the State of California this day of

OCT 27 2008

_____

DEBRA BOWEN
Secretary of State

Sec/State Form CE 108 (REV 1/2007)

OSP 06 93733

26



# State of California
## Secretary of State

**L**

**10**

### STATEMENT OF INFORMATION
(Limited Liability Company)

Filing Fee $20.00. If amendment, see Instructions.

**IMPORTANT — READ INSTRUCTIONS BEFORE COMPLETING THIS FORM**

1. LIMITED LIABILITY COMPANY NAME (Please do not alter if name is preprinted.)

   SHOTGUN PRODUCTIONS LLC

**FILED**
In the office of the Secretary of State
of the State of California

APR 0 4 2008

This Space For Filing Use Only

DUE DATE:   **MAY 0 7 2008**

**FILE NUMBER AND STATE OR PLACE OF ORGANIZATION**

| 2. SECRETARY OF STATE FILE NUMBER | 3. STATE OR PLACE OF ORGANIZATION |
|---|---|
| 200806110154 | California |

**COMPLETE ADDRESSES FOR THE FOLLOWING** (Do not abbreviate the name of the city. Items 4 and 5 cannot be P.O. Boxes.)

| 4. STREET ADDRESS OF PRINCIPAL EXECUTIVE OFFICE | CITY AND STATE | ZIP CODE |
|---|---|---|
| 1028 N. Lake Avenue Ste 202 | Pasadena, CA | 91104 |

| 5. CALIFORNIA OFFICE WHERE RECORDS ARE MAINTAINED (DOMESTIC ONLY) | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1028 N. Lake Avenue Ste 202 | Pasadena, CA | CA | 91104 |

**NAME AND COMPLETE ADDRESS OF THE CHIEF EXECUTIVE OFFICER, IF ANY**

| 6. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Ruben Cavazos | 3007 Cordova Ct | West Covina, California | 91791 |

**NAME AND COMPLETE ADDRESS OF ANY MANAGER OR MANAGERS, OR IF NONE HAVE BEEN APPOINTED OR ELECTED, PROVIDE THE NAME AND ADDRESS OF EACH MEMBER** (Attach additional pages, if necessary.)

| 7. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
|---|---|---|---|
| Ruben Cavazos | 3007 Cordova Ct | West Covina, California | 91791 |
| 8. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |
| 9. NAME | ADDRESS | CITY AND STATE | ZIP CODE |
| | | | |

**AGENT FOR SERVICE OF PROCESS** (If the agent is an individual, the agent must reside in California and Item 11 must be completed with a California address. If the agent is a corporation, the agent must have on file with the California Secretary of State a certificate pursuant to Corporations Code section 1505 and Item 11 must be left blank.)

| 10 NAME OF AGENT FOR SERVICE OF PROCESS |
|---|
| Michael R. Doram |

| 11. ADDRESS OF AGENT FOR SERVICE OF PROCESS IN CALIFORNIA, IF AN INDIVIDUAL | CITY | STATE | ZIP CODE |
|---|---|---|---|
| 1028 N. Lake Avenue, Ste 202 | Pasadena | CA | 91104 |

**TYPE OF BUSINESS**   Promotional & Licensing services

12 DESCRIBE THE TYPE OF BUSINESS OF THE LIMITED LIABILITY COMPANY

13. THE INFORMATION CONTAINED HEREIN IS TRUE AND CORRECT.

| RUBEN CAVAZOS | *(signature)* | *(seal)* | 03/26/08 |
|---|---|---|---|
| TYPE OR PRINT NAME OF PERSON COMPLETING THE FORM | SIGNATURE | TITLE | DATE |

LLC-12 (REV 03/2007)

APPROVED BY SECRETARY OF STATE