```
USPTO                11/7/2008  3:15:07 PM    PAGE   2/006    Fax Server
:Ms. Sharon Sansone  COMPANY:
 11/07/2008 16:01 FAX  703 308 7124                                    ☒001/005
```

# TRADEMARK ASSIGNMENT

Electronic Version v1.1      **10/14/2008**
Stylesheet Version v1.1      **900118414**

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | Corrective Assignment |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Mongol Nation | | 10/13/2008 | UNINC. ASSOCIATION: CALIFORNIA |

**RECEIVING PARTY DATA**

| Name: | Mongol Nation |
|---|---|
| Street Address: | 1208 Riderwood Ave. |
| City: | Hacienda Heights |
| State/Country: | CALIFORNIA |
| Postal Code: | 91745 |
| Entity Type: | UNINC. ASSOCIATION: CALIFORNIA |

**PROPERTY NUMBERS Total: 2**

| Property Type | Number | Word Mark |
|---|---|---|
| Registration Number: | 2916965 | MONGOLS |
| Registration Number: | 3076731 | M.C. |

**CORRESPONDENCE DATA**

Fax Number:        (951)271-9007
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone:             9094568830
Email:             ryan.mcclure.esq@gmail.com
Correspondent Name: Ryan McClure, Esq.
Address Line 1:    3200 Guasti Road, Suite 100
Address Line 4:    Ontario, CALIFORNIA 91761

| NAME OF SUBMITTER: | Ryan McClure |
|---|---|
| Signature: | /RM/ |
| Date: | 10/14/2008 |

EXHIBIT D

28

:Ms. Sharon Sansone  COMPANY:
11/07/2008 16:02 FAX  703 308 7124 ☒002/005

Total Attachments: 3
source=Gonzalez Decl#page1.tif
source=Gonzalez Decl#page2.tif
source=Gonzalez Decl#page3.tif

29

USPTO    11/7/2008 3:15:07 PM    PAGE 4/006    Fax Server
:Ms. Sharon Sansone  COMPANY:                                    ☒003/005
 11/07/2008 16:02 FAX  703 308 7124

## Declaration Of Hector Gonzalez In Support Of Corrective Assignment

## Pursuant to TMEP 503.06(e)

I, Hector Gonzalez, declare as follows:

1. I am the President of Mongol Nation, an unincorporated association with a business address of 1208 Riderwood Ave., Hacienda Heights, CA 91745.

2. Mongol Nation is an association of motorcycle riders.

3. Mongol Nation was formed in the late 1960's in Montebello, California, and currently has over several hundred chapters in the United States and over 800 members worldwide.

4. Mongol Nation has invested substantial effort over the years in the advertising and promotion of its products and services to develop goodwill associated with the mark MONGOLS and the MC & DESIGN logo ( [logo] ) and to gain consumer recognition of these marks as originating with Mongol Nation. Members of Mongol Nation are recognized by their jackets which prominently display the mark MONGOLS and the MC & DESIGN logo on the back.

5. Mongol Nation has applied for and received trademark registrations for the marks MONGOLS and MC & DESIGN logo in connection with association services and clothing, respectively.

6. In or about July 28, 2003, Mongol Nation's National President at the time, Robert Cavazos, on behalf of and at the direction of Mongol Nation, applied for registration of the mark MONGOLS in connection with association services. The registration for this mark issued on January 11, 2005, and is the subject of Registration No. 2196965. A true

1

and correct copy of the PTO's TESS record for this registration is attached hereto as Exhibit 1.

7. In or about April 15, 2005, Mongol Nation's National President at the time, Ruben Cavazos, on behalf of and at the direction of Mongol Nation, applied for registration of the mark MC & DESIGN logo in connection with clothing. The registration for this mark issued on April 4, 2006, and is the subject of Registration No. 3076731. A true and correct copy of the PTO's TESS record for this registration is attached hereto as Exhibit 2.

8. In or about June 2008, I was elected National President of Mongol Nation.

9. Upon information and belief, Shotgun Productions LLC. is owned and operated by Ruben Cavazos, the ex-President and ex-member of Mongol Nation.

10. On or about April 2008, Ruben Cavazos, on behalf of Shotgun Productions, improperly filed and recorded an assignment with the PTO against Registration Nos. 2916965 and 3076731. The assignment incorrectly lists Shotgun Productions LLC, an entity which has no connection, affiliation, or association, whatsoever with Mongol Nation, as the assignee of Registration Nos. 2916965 and 3076731. This assignment was recorded with the PTO on April 3, 2008 at Reel/Frame 3751/0879.

11. The marks MONGOLS and MC & DESIGN logo are, and have always been, owned by Mongol Nation. Mongol Nation controls the use and quality of the services and goods provided under these marks.

12. The over 800 members of Mongol Nation recognize the marks MONGOLS and MC & DESIGN logo as belonging to Mongol Nation.

2

Case 2:08-cr-01201-ODW   Document 2124-6   Filed 06/29/09   Page 5 of 5   Page ID #:7186

USPTO                    11/7/2008 3:15:07 PM      PAGE    6/006    Fax Server
):Ms. Sharon Sansone   COMPANY:
   11/07/2008 16:02 FAX  703 308 7124                                            ☒006/006

13. Upon information and belief, Mr. Cavazos and Shotgun Productions fraudulent created and filed the assignment in an attempt to appropriate Mongol Nation's intellectual properties.

14. Shotgun's recordation of the assignment was without knowledge or authorization of Mongol Nation.

15. At no time did Mongol Nation assign any rights in its marks to Mr. Cavazos or Shotgun Productions.

The undersigned being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. 1001, and that such willful false statements and the like may jeopardize the validity of the application or document or any registration resulting therefrom, declares that all statements made of his own knowledge are true, and all statements made on information and belief are believed to be true.

Executed this 15th day of October 2008, at _South El Monte_, California.

Hector González
President
Mongol Nation

3

32