# Trademark/Service Mark Application, Principal Register

Serial Number: 78610213
Filing Date: 04/15/2005

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **MARK SECTION** | |
| MARK FILE NAME | \\TICRS\EXPORT10\IMAGEOUT 10\786\102\78610213\xml1\ APP0002.JPG |
| STANDARD CHARACTERS | NO |
| USPTO-GENERATED IMAGE | NO |
| LITERAL ELEMENT | M.C. |
| COLOR MARK | NO |
| PIXEL COUNT ACCEPTABLE | YES |
| PIXEL COUNT | 434 x 336 |
| **OWNER SECTION** | |
| NAME | Mongol Nation |
| STREET | 1028 N. Lake Avenue, Suite 202 |
| CITY | Pasadena |
| STATE | California |
| ZIP/POSTAL CODE | 91104 |
| COUNTRY | United States |
| EMAIL | mdoram@dslextreme.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **LEGAL ENTITY SECTION** | |
| TYPE | UNINCORPORATED ASSOCIATION |
| STATE/COUNTRY UNDER WHICH ORGANIZED | California |
| **GOODS AND/OR SERVICES SECTION** | |
| INTERNATIONAL CLASS | 025 |
| DESCRIPTION | jackets and t-shirts |
| FILING BASIS | Section 1(a) |
| FIRST USE ANYWHERE DATE | At least as early as 02/26/1970 |
| FIRST USE IN COMMERCE DATE | At least as early as 02/26/1970 |
| SPECIMEN FILE NAME(S) | \\TICRS\EXPORT10\IMAGEOUT 10\786\102\78610213\xml1\ APP0003.JPG |
| SPECIMEN DESCRIPTION | hangtag bearing Mongol logo |
| **SIGNATURE SECTION** | |
| SIGNATURE | /Ruben Cavazos/ |
| SIGNATORY NAME | Ruben Cavazos |
| SIGNATORY DATE | 04/15/2005 |
| SIGNATORY POSITION | President |

33

EXHIBIT E

| | |
|---|---|
| SUBTOTAL AMOUNT | 325 |
| TOTAL AMOUNT | 325 |
| **ATTORNEY** | |
| NAME | Michael R. Doram |
| FIRM NAME | Creskoff & Doram LLP |
| STREET | 1028 N. Lake Avenue, Suite 202 |
| CITY | Pasadena |
| STATE | California |
| ZIP/POSTAL CODE | 91104 |
| COUNTRY | United States |
| PHONE | (626) 296-9161 |
| FAX | (626) 296-9045 |
| EMAIL | mdoram@dslextreme.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **CORRESPONDENCE SECTION** | |
| NAME | Michael R. Doram |
| FIRM NAME | Creskoff & Doram LLP |
| STREET | 1028 N. Lake Avenue, Suite 202 |
| CITY | Pasadena |
| STATE | California |
| ZIP/POSTAL CODE | 91104 |
| COUNTRY | United States |
| PHONE | (626) 296-9161 |
| FAX | (626) 296-9045 |
| EMAIL | mdoram@dslextreme.com |
| AUTHORIZED EMAIL COMMUNICATION | Yes |
| **FILING INFORMATION** | |
| SUBMIT DATE | Fri Apr 15 18:14:17 EDT 2005 |
| TEAS STAMP | USPTO/BAS-66159211216-200 50415181417204303-7861021 3-2007b6de83055ab2e54c3d3 f5f7379d99-CC-541-2005041 5180901940407 |

PTO Form 1478 (Rev 6/2005)
OMB No. 0651-0009 (Exp 00/00/00)

**Trademark/Service Mark Application, Principal Register**

34

Serial Number: 78610213
Filing Date: 04/15/2005

The moral element of the mark consists of m.c..

The applicant, Mongol Nation, a UNINCORPORATED ASSOCIATION organized under the laws of California, residing at 1028 N. Lake Avenue, Suite 202, Pasadena, California, United States, 91104, requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended.

The applicant, or the applicant's related company or licensee, is using the mark in commerce, and lists below the dates of use by the applicant, or the applicant's related company, licensee, or predecessor in interest, of the mark on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

   International Class 025: jackets and t-shirts

In International Class 025, the mark was first used at least as early as 02/26/1970, and first used in commerce at least as early as 02/26/1970, and is now in use in such commerce. The applicant is submitting or will submit one specimen for *each class* showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) hangtag bearing Mongol logo.

   Specimen - 1

The applicant hereby appoints Michael R. Doram of Creskoff & Doram LLP, 1028 N. Lake Avenue, Suite 202, Pasadena, California, United States, 91104 to submit this application on behalf of the applicant.

The USPTO is authorized to communicate with the applicant or its representative at the following email address: mdoram@dslextreme.com.

A fee payment in the amount of $325 will be submitted with the application, representing payment for 1 class(es).

## Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.


Signature: /Ruben Cavazos/   Date: 04/15/2005
Signatory's Name: Ruben Cavazos
Signatory's Position: President


Mailing Address:
   Michael R. Doram
   1028 N. Lake Avenue, Suite 202
   Pasadena, California 91104

RAM Sale Number: 541
RAM Accounting Date: 04/18/2005

Serial Number: 78610213
Internet Transmission Date: Fri Apr 15 18:14:17 EDT 2005
TEAS Stamp: USPTO/BAS-66159211216-200504151814172043
03-78610213-2007b6de83055ab2e54c3d3f5f73
79d99-CC-541-20050415180901940407

35





37

**Int. Cl.: 25**

**Prior U.S. Cls.: 22 and 39**

**United States Patent and Trademark Office**

**Reg. No. 3,076,731**
Registered Apr. 4, 2006

## TRADEMARK
## PRINCIPAL REGISTER



MONGOL NATION (CALIFORNIA UNINCORPO-
RATED ASSOCIATION)
1028 N. LAKE AVENUE, SUITE 202
PASADENA, CA 91104

FOR: JACKETS AND T-SHIRTS, IN CLASS 25 (U.S. CLS. 22 AND 39).

FIRST USE 2-26-1970; IN COMMERCE 2-26-1970.

SER. NO. 78-610,213, FILED 4-15-2005.

KHANH LE, EXAMINING ATTORNEY