ANDRE BIROTTE JR.
United States Attorney
CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division
CHRISTOPHER BRUNWIN (Cal. State Bar No. 158939)
REEMA EL-AMAMY (Cal. State Bar No. 237743)
Assistant United States Attorneys
Violent & Organized Crimes Section
    1500 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-4242/0552
    Facsimile:  (213) 894-3713
    Email:      christopher.brunwin@usdoj.gov
           reema.el-amamy@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 08-1201-DOC-3 |
|---|---|
| Plaintiff, | ) <u>ORDER CONTINUING  TRIAL DATE AND</u> |
| v. | ) <u>FINDINGS REGARDING EXCLUDABLE</u> <u>TIME PERIODS PURSUANT TO SPEEDY</u> <u>TRIAL ACT</u> |
| RUBEN CAVAZOS, ET AL., | ) |
| Defendants. | ) |

The Court has read and considered the Stipulation Regarding Request for (1) Continuance of Trial Date and (2) Findings of Excludable Time Periods Pursuant to Speedy Trial Act.  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates facts that support a continuance of the trial date in this matter, and provides good

1  cause for a finding of excludable time pursuant to the Speedy
2  Trial Act, 18 U.S.C. § 3161.
3       The Court further finds that: (i) the ends of justice served
4  by the continuance outweigh the best interest of the public and
5  defendants in a speedy trial; (ii) failure to grant the
6  continuance would be likely to make a continuation of the
7  proceeding impossible, or result in a miscarriage of justice;
8  (iii) the case is so unusual and so complex, due to the nature of
9  the prosecution, and the number of defendants, that it is
10 unreasonable to expect preparation for pre-trial proceedings or
11 for the trial itself within the time limits established by the
12 Speedy Trial Act; and (iv) failure to grant the continuance would
13 unreasonably deny defendants continuity of counsel and would deny
14 defense counsel the reasonable time necessary for effective
15 preparation, taking into account the exercise of due diligence.
16
17 THEREFORE, FOR GOOD CAUSE SHOWN:
18      1.   The trial in this matter for all defendants is
19 continued from April 13, 2010 to October 5, 2010.  A status
20 conference date for all defendants is set for August 16, 2010 at
21 1:30 p.m.
22      2.   The time period of April 13, 2010 to October 5, 2010,
23 inclusive, is excluded in computing the time within which the
24 trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A),
25 (h)(7)(B)(i), (B)(ii), and (B)(iv).
26      3.   Nothing in this Order shall preclude a finding that
27 other provisions of the Speedy Trial Act dictate that additional
28 time periods are excluded from the period within which trial must

commence.  Moreover, the same provisions and/or other provisions of the Speedy Trial Act may in the future authorize the exclusion of additional time periods from the period within which trial must commence.

IT IS SO ORDERED.

April 22, 2010
DATE

*David O. Carter*

THE HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/
REEMA M. EL-AMAMY
Assistant United States Attorney