**FILED**

MAR 07 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellant, <br><br> v. <br><br> RUBEN CAVAZOS, <br><br> Defendant - Appellee, <br><br> MONGOLS NATION MOTORCYCLE CLUB, INC., <br><br> Petitioner - Appellee. | No. 11-50292 <br><br> D.C. No. 2:08-cr-01201-ODW <br> Central District of California, <br> Los Angeles <br><br> ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT
MAR - 7 2012
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

Molly Dwyer
Clerk of Court

By: Alex Lasnik
Deputy Clerk

AL/MOATT Direct Criminal