# MONTEBELLO POLICE PROPERTY & EVIDENCE REPORT

**CLASSIFICATION**

07-6424

FELONY

**CHECK 1 OR MORE**

☐ FOUND
☐ SAFEKEEPING

ITEM#: _____

☒ EVIDENCE
☐ SEARCH WARRANT

LOCATION FOUND: 1600 W BEVERLY   DATE/TIME: 4-8-07 0208

☒ SUSP
☐ VICT
☐ OWNER

SACARAR, WALDO, IVAN   PHONE:

ABOVE ADDRESS:   LOS ANGELES, CA

FINDER'S NAME:
ADDRESS/PHONE# _____ TWI

CHARGE:

ADDITIONAL SUSPECTS:

| ITEM # | LEAVE BLANK | DESCRIPTION |
|--------|-------------|-------------|
| 1 | | GUN SHOT RESIDUE EVIDENCE KIT   NO. 33752   Results 9 |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

APPROVED BY: | BOOKING EMPLOYEE/CITY# | DATE / TIME RECEIVED:
DATE/TIME:

















## (4) The shooting at Nicolas Bar:

The club was celebrating a member's birthday party.  Their were maybe forty to fifty members present, including my brother Al, my son Lil Rubes and myself. Also present at the bar were twenty to twenty five member of the Maravilla gang who were their to celebrate some event. I went home, most of the others stayed behind to continue the party. Early the next morning I learned that a fight between Mongols members and members of Maravilla had occurred and several had been shot. In a situation like this I investigate the facts, if a Mongol is responsible and was the cause, he may be punished or even expelled from the club. I also need the facts in order to attempt to prevent further violence between the two groups. I first interviewed Mongols member Thomas Zavala-moniker Danger. Danger said he was in the bar near the pool table with a female friend, he was approached by several members of the Maravilla gang. An argument ensued regarding a female. Danger decided to leave with the female he was with. They were followed out to her car by several Maravilla members. The female started her car and Danger sat in the passenger seat, the window rolled down. The car was surrounded and Danger was grabbed by his clothing and dragged out of the car. He had already reached under the seat and grabbed his gun. On the sidewalk he managed to get his feet and was pummeled. He noticed one member of Maravilla stepped toward him with a knife in his hand. Danger pulled loose, produced his gun and shot the assailant who had the knife. Everyone ducked for cover and Danger tried to re-enter the car, he was pummeled from behind and dropped his gun, he was not sure if it fell in the car or in the curb. Concerned that he may be stabbed he turned and scuffled with several members, some attended to their wounded friend. Danger trying to get loose and seek help from Mongols members walked past a Maravilla member standing in the open door of an SUV and retrieving a hand gun. Before he could shoot, Danger rushed him and the two wrestled for the gun. Danger feeling he would loose the contest for the gun, began to yell for help. He soon heard someone yelling to drop the gun. He looked over and saw Mongol member Denis Maldonado standing a few feet away holding a gun pointed towards them - he was yelling for the Maravilla member to drop the gun. Danger was yelling for Denis to shoot. Denis hesitated and just yelled to drop the gun. The Maravilla member pulled free and Danger saw a flash and felt pain. The Maravilla member staggered and fell. Danger made it to the female companions car and was taken to seek medical help for his gunshot to his arm, inflicted by the Maravilla member. Danger would later learn that the Maravilla member upon firing his weapon was shot by Denis. I later interviewed Denis Maldonado. Denis walked out of the club and was told by a patron of the bar that one of his club brothers was being beaten by gang members, Denis quickly retrieved a gun and came upon the struggle between Danger and the Maravilla member.  Denis was not as street wise and hesitated to shoot, he tried to talk the gun down. He said that when the gang member's gun went off, he panicked and shot. He was depressed that he did not prevent fellow club member Danger from being shot.  Several months later, Denis Maldonado was arrested.  Ciccone, Cervantes and an

RECEIVED
BUT NOT FILED

AUG 20 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

BY                                DEPUTY

informant testified that Denis walked up an shot two unarmed gang members. All three testified to seeing something that did not happen. It is almost 3 years since I told these facts to Ciccone and Cervantes. My brother Al was standing six feet from the incident, he also told Ciccone and Cervantes what he witnessed. Denis is still doing time for shooting two unarmed gang members. Please see CASE#BA325486 to read testimony. About one year after my arrest I was sitting in the visiting area at the Montebello Police station speaking with Cervantes, I mentioned to him how dangerous the streets had become with everyone carrying a gun, and he replied "tell me about it, that night of the shooting at Nicolas, when John and I heard the first shot, we both ducked our heads behind the wall and did not look up until we were sure it was over". My brother Al was an eye witness to what really happened. When he tried to help Maldonado by telling Ciccone and Cervantes what happened, they ran out of the room and left Al sitting at a table,



**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
SCIENTIFIC SERVICES BUREAU
FIREARMS IDENTIFICATION SECTION

| AGENCY / INVESTIGATOR | FILE NUMBER |
|---|---|
| Montebello Police Department - Detective Cervantes | 07-6429 |

## F I R E A R M   D E S C R I P T I O N

| Item Number | GRC | | |
|---|---|---|---|
| | | Make, Model, Type | Baikal, IJ70-17A, Double Action Semiautomatic Pistol |
| | | Serial Number | BTM9983 (frame / slide), G020976 (frame) |
| | | Caliber | 380 Auto |
| 14 | | Number of Lands and Grooves | 4 |
| | | Twist | Right |
| | | S/A Trigger Pull (lbs.) | 5 to 5 1/4 |
| | | D/A Trigger Pull (lbs.) | 12 1/4 to 12 1/2 |
| | | Cartridge Capacity | 8 + 1 |
| | | Approx. Barrel Length (inches) | 3 3/4 |
| | | Finish | Black |
| | | Bore Residues Present | Yes |

## F I R E A R M   D E S C R I P T I O N

| Item Number | GRC | | |
|---|---|---|---|
| | | Make, Model, Type | Smith and Wesson, SW380, Semiautomatic Pistol |
| | | Serial Number | RAJ6520 |
| | | Caliber | 380 Auto |
| 28 | | Number of Lands and Grooves | 6 |
| | | Twist | Left |
| | | S/A Trigger Pull (lbs.) | 7 3/4 to 8 |
| | | D/A Trigger Pull (lbs.) | N/A |
| | | Cartridge Capacity | 6 + 1 |
| | | Approx. Barrel Length (inches) | 3 |
| | | Finish | Black |
| | | Bore Residues Present | Yes |

| SIGNATURE | Technical Review |
|---|---|
| | Samuel Munoz |
| FIREARMS EXAMINER / EMPLOYEE NUMBER | REPORT DATE |
| Edmund J. Anderson - 220763 | 7-12-07 |

RECEIVED
BUT NOT FILED

AUG 10 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

BY _____ DEPUTY

MGS 04930

P. 2

PAGE 1 OF 2



**LOS ANGELES COUNTY SHERIFF'S DEPARTMENT**
SCIENTIFIC SERVICES BUREAU
FIREARMS IDENTIFICATION SECTION

| AGENCY / INVESTIGATOR | FILE NUMBER |
|---|---|
| Montebello Police Department - Detective Cervantes | 07-6429 |

| SUSPECT | VICTIM |
|---|---|
| Salazar, ▓▓▓▓▓ | Not listed |

| DATE SUBMITTED | CRIME CLASSIFICATION |
|---|---|
| April 20, 2007 | 664 / 187 PC |

## EVIDENCE

The following evidence was submitted for examination under laboratory receipt number J836135:

Item 14 — One Baikal, model IJ70-17A, 380 Auto caliber, double action semiautomatic pistol, serial number BTM9983 (frame / slide), G020976 (frame). Submitted with one magazine.

The following evidence was submitted for examination under laboratory receipt number J836138:

Item 28 — One Smith and Wesson, model SW380, 380 Auto caliber, semiautomatic pistol, serial number RAJ6520. Submitted with one magazine.

The following evidence was submitted for examination under laboratory receipt number J836136:

Items 2, 3, 4, 6, 9, and 11 — Six (6) fired 380 Auto caliber cartridge cases.

Items 5, 7, and 8 — Three (3) fired 32 Auto caliber cartridge cases.

The following evidence was submitted for examination under laboratory receipt number J836137:

Item 10 — One fired bullet.

## OPINION

The Baikal pistol, Item 14, and the Smith and Wesson pistol, Item 28, were examined, test fired, and found to be functional.

The fired bullet contained in Item 10, and the six fired 380 Auto caliber cartridge cases contained in Items 2, 3, 4, 6, 9, and 11, were fired from the Baikal pistol, Item 14.

The three fired 32 Auto caliber cartridge cases contained in Items 5, 7, and 8, were fired in one firearm.

| | Technical Review |
|---|---|
| | Manuel Munoz |
| | date: 7/12/07 |

| SIGNATURE | |
|---|---|
| FIREARMS EXAMINER / EMPLOYEE NUMBER | REPORT DATE |
| Edmund J. Anderson - 220763 | 7-12-07 |

MGS 04929



LOS ANGELES COUNTY SHERIFF'S DEPARTMENT
SCIENTIFIC SERVICES BUREAU
Chemical Processing Section
2020 W. Beverly Boulevard
Los Angeles, CA 90057-2404
voice (213) 989-2171   fax (213) 413-7017

# CHEMICAL PROCESSING
# EXAMINATION REPORT

**AGENCY:** Montebello P.D.

**INVESTIGATOR:** Cervantes

**SUBJECT:** Salazar, ▮▮▮▮▮▮

**VICTIM:**

**FILE NUMBER:** 07-6429.

**LAB RECEIPT:** J836135 & J836138

**CHARGE:** 664/187 P.C.

**SPLIT RECEIPT:** J875157

## EVIDENCE SUBMITTED:

J836135 Item #1- "Baikal " 380 caliber Russian made pistol, model IJ70-17A, serial #G020976
Item #2 - gun magazine

J836138 Item #3 - "Smith & Wesson" 380 cal pistol, model SW 380, serial #RAJ6520
Item #4 - gun magazine

## RESULTS:

The above listed evidence was processed for latent prints, one latent prints was developed on the side of the Smith & Wesson gun magazine (item #4). The latent image along with an enlarged copy of the same print was submitted as evidence under Laboratory receipt J875157.

By: S.J. Garcia, PIS II, #296967
Chemical Processing Unit

Date: 05/03/2007

Reviewed by: _____

 An ASCLD/LAB Accredited Laboratory Since 1989

## Card 1

**LASD FIELD INTERVIEW CARD**

| DATE | TIME | RD | UNIT |
|------|------|-----|------|
| | | | |

LOCATION

NAME (LAST, FIRST, MIDDLE): VALVARDE, TONY N.M.N.

ADDRESS: [redacted]

CITY, STATE, ZIP: LOS ANGELES 90032   PHONE: NONE

DOB: [redacted]-71   RACE: H   SEX: M   HAIR: BLK   EYES: BRO   HT: 600   WT: 245

DL #: [redacted]   ST: CA   AKA: NONE

GANG: NONE   ☐ KNOWN  ☐ SUSPECTED

CLOTHING: BLACK SHIRT / BLUE PANTS

| HAIR LGTH | HAIR STYLE | COMPLEXION | FACIAL HAIR |
|-----------|-----------|------------|-------------|
| 1 COLLAR | 1 AFRO / NAT | 1 ACNE / POCK | 1 BEARD |
| 2 LONG | 2 BRAIDED | 2 DARK | 2 CLEAN SHAVEN |
| ☒ 3 SHORT | 7 CURLEY | 3 FRECKLED | 3 FUZZ |
| 4 SHOULDER | 8 GREASY | 4 LIGHT / FAIR | 4 GOATEE |
| | 11 MILITARY | ☒ 5 MEDIUM | 5 MOUSTACHE |
| | 16 STRAIGHT | 6 PALE | ☒ 6 UNSHAVEN |

TATTOOS / SCARS / MARKS / ODDITIES

1 ARM: NONE NOTED
3 FACE HAIR:
7 NECK:
9 OTHER:

SH-R-468

## Card 2

**LASD FIELD INTERVIEW CARD**

| DATE | TIME | RD | UNIT |
|------|------|-----|------|
| 04-08-07 | | | |

LOCATION

NAME (LAST, FIRST, MIDDLE): CAMADOS, ALVARO JR.

ADDRESS: [redacted]

CITY, STATE, ZIP: WEST COVINA 91791   PHONE: [redacted]

DOB: [redacted]-53   RACE: H   SEX: M   HAIR: -BLK   EYES: BRN   HT: 571   WT: 200

DL #: [redacted]   ST: CA   AKA: NONE

GANG: NONE   ☐ KNOWN  ☐ SUSPECTED

CLOTHING: HAWAIIAN SHIRT / BLUE JEANS

| HAIR LGTH | HAIR STYLE | COMPLEXION | FACIAL HAIR |
|-----------|-----------|------------|-------------|
| 1 COLLAR | 1 AFRO / NAT | ☒ 1 ACNE / POCK | 1 BEARD |
| 2 LONG | 2 BRAIDED | 2 DARK | 2 CLEAN SHAVEN |
| ☒ 3 SHORT | 7 CURLEY | 3 FRECKLED | ☒ 3 FUZZ |
| 4 SHOULDER | 8 GREASY | 4 LIGHT / FAIR | 4 GOATEE |
| | 11 MILITARY | 5 MEDIUM | 5 MOUSTACHE |
| | 16 STRAIGHT | 6 PALE | 6 UNSHAVEN |

TATTOOS / SCARS / MARKS / ODDITIES

1 ARM: NONE
3 FACE HAIR:
5 HAND:
7 NECK:
9 OTHER:

SH-R-468

## Card 3

**LASD FIELD INTERVIEW CARD**

| DATE | TIME | RD | UNIT |
|------|------|-----|------|
| 04-08-07 | | | |

LOCATION

NAME (LAST, FIRST, MIDDLE): NAVOIN, RICHARD DANIEL

ADDRESS: [redacted]

CITY, STATE, ZIP: MONTEBELLO, 90640   PHONE: [redacted]

DOB: [redacted]-79   RACE: H   SEX: M   HAIR: BLK   EYES: BRN   HT: 600   WT: 150

DL #: [redacted]   ST: CA   AKA: NONE

GANG: NONE   ☐ KNOWN  ☐ SUSPECTED

CLOTHING: PLAID SHIRT / BLUE PANTS

| HAIR LGTH | HAIR STYLE | COMPLEXION | FACIAL HAIR |
|-----------|-----------|------------|-------------|
| 1 COLLAR | 1 AFRO / NAT | 1 ACNE / POCK | 1 BEARD |
| 2 LONG | 2 BRAIDED | 2 DARK | 2 CLEAN SHAVEN |
| ☒ 3 SHORT | 7 CURLEY | 3 FRECKLED | 3 FUZZ |
| 4 SHOULDER | 8 GREASY | ☒ 4 LIGHT / FAIR | 4 GOATEE |
| | 11 MILITARY | 5 MEDIUM | 5 MOUSTACHE |
| | 16 STRAIGHT | 6 PALE | ☒ 6 UNSHAVEN |

TATTOOS / SCARS / MARKS / ODDITIES

1 ARM: NONE
3 FACE HAIR:
7 NECK:
9 OTHER:

SH-R-468

## Card 4

**LASD FIELD INTERVIEW CARD**

| DATE | TIME | RD | UNIT |
|------|------|-----|------|
| 04-08-07 | | | |

LOCATION

NAME (LAST, FIRST, MIDDLE): GONZALES, FRANK JESSIE

ADDRESS: [redacted]

CITY, STATE, ZIP: PICO RIVERA 90660   PHONE: [redacted]

DOB: [redacted]-73   RACE: H   SEX: M   HAIR: BRN   EYES: BRN   HT: 509   WT: 230

DL #: [redacted]   ST: CA   AKA: NONE

GANG: NONE   ☐ KNOWN  ☐ SUSPECTED

CLOTHING: BLACK SHIRT / BLACK PANTS

| HAIR LGTH | HAIR STYLE | COMPLEXION | FACIAL HAIR |
|-----------|-----------|------------|-------------|
| 1 COLLAR | 1 AFRO / NAT | ☒ 1 ACNE / POCK | 1 BEARD |
| 2 LONG | 2 BRAIDED | 2 DARK | 2 CLEAN SHAVEN |
| ☒ 3 SHORT | 7 CURLEY | 3 FRECKLED | 3 FUZZ |
| 4 SHOULDER | 8 GREASY | 4 LIGHT / FAIR | 4 GOATEE |
| | 11 MILITARY | ☒ 5 MEDIUM | 5 MOUSTACHE |
| | 16 STRAIGHT | 6 PALE | 6 UNSHAVEN |

TATTOOS / SCARS / MARKS / ODDITIES

1 ARM: NONE
3 FACE HAIR:
5 HAND:
7 NECK:
9 OTHER:

SH-R-468

# MONTEBELLO POLICE PROPERTY & EVIDENCE REPORT

CASE #

07-6429

CASSIFICATION

FELONY

**CHECK 1 OR MORE**

☐ FOUND
☐ SAFEKEEPING
☐ ITEM#
☒ EVIDENCE
☐ SEARCH WARRANT

LOCATION FOUND:  NICOLA'S
960 Gerhart Ave., LA, CA90022 DATE/TIME:  4-08-07 @ 0430

☐ SUSP
☒ VICT
☐ OWNER          PHONE:

ABOVE ADDRESS:

FINDER'S NAME:
ADDRESS/PHONE#

ADDITIONAL SUSPECTS:

CHARGE:  664/187 PC

| ITEM # | DESCRIPTION | | | | DATE / TIME RECEIVED: |
|---|---|---|---|---|---|
| LEAVE BLANK | | | | | DATE/TIME: |
| 1 | One burnt cigarette with blood | | | | |
| 2 | One gold .380 Auto Win casing | | | | |
| 3 | One gold .380 Auto Win casing | | | | |
| 4 | One gold .380 auto win casing | | | | |
| 5 | One gold RP 32?Auto casing | | | | |

APPROVED BY:

BOOKING EMPLOYEE/CITY#

Columbo Business Forms, Inc — Form 131(10/00)

MGS 04871

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

**Report of Investigation**

| Title of Investigation:<br>**BLACK RAIN** | Investigation Number:<br>**784010-05-0050** | Report Number:<br>**522** |
|---|---|---|

## DESCRIPTION OF ACTIVITY:

Undercover Contact.

## SYNOPSIS:

On February 22, 2008, SA Gaioni, D'Angelo and Kozlowski worked as PROSPECT MEMBERS of the MONGOLS during a MONGOLS MOTHER CHURCH meeting. KERMIT told SA Gaioni and D'Angelo about a confrontation between BOBBY LOCO and MONGOLS MEMBER AL. CHECK told SA Kozlowski that DANGER was the second shooter at NICHOLAS.

## NARRATIVE:

1. On February 22, 2008, ATF Special Agent (SA) Gregory Gaioni received a call from MONOGLS MEMBER JUAN "LISTO" NIEVES, MEMBER IN CHARGE OF PROSPECTS, MOTHER CHAPTER. LISTO told SA Gaioni to report to MONGOLS MEMBER HECTOR "LARGO" GONZALES', NATIONAL TREASURER, MOTHER CHAPTER business, 2205 Lee Street, South El Monte, CA.

2. SA Gaioni, SA Paul D'Angleo and SA Darrin Kozlowski arrived at LARGO's shop at approximately 8:00pm. When the agents arrived, MONGOLS MOTHER CHAPTER were aleady in the bay of LARGO's shop having a meeting. The agents noticed numerous MONGOLS MEMBERS inside the bay with MOTHER CHAPTER to include MEMBERS of the NEVADA CHAPTER, RENO CHAPTER and OREGON CHAPTER as well as MEMBERS from several Sothern California Chapters.

3. At one point in the night SA Gaioni was talking to MONGOLS DISIPLINARY MEMBER MARIO "KERMIT" ANGULO, EAST LOS ANGELES CHAPTER. KERMIT told SA Gaioni about an incident which occurred a few nights ago between MONGOLS MEMBER ALFONSO "AL" CAVAZOS, MEMBER, MOTHER CHAPTER and another individual who was a former MONGOLS, currently in "out-bad" standing, BOBBY LOCO (SA Gaioni had learned of the incident from SA John Ciccone on a previous date. The out-bad member was BOBBY LOCO. SA Gaioni learned from SA Ciccone that shortly after the incident BOBBY LOCO was assaulted which resulted in BOBBY LOCO being admitted into the hospital. BOBBY LOCO's motorcycle was also taken during the assault).

| Prepared by:<br>Gregory J. Gaioni    SA John Ciccone<br>For | Title:<br>Special Agent, Los Angeles I (Metro) Field Office | Signature: | Date:<br>3-3-08 |
|---|---|---|---|
| Authorized by:<br>Eric D. Harder RECEIVED<br>BUT NOT FILED | Title:<br>Group Supervisor, Los Angeles I (Metro) Field Office | Signature: | Date:<br>3/4/08 |
| second level reviewer (optional):<br>n A. Torres<br>AUG 1 0 2012 | Title:<br>Special Agent in Charge, Los Angeles Field Division | Signature: | Date: |

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY _____ DEPUTY

Page 1 of 2

ATF EF 3120.2 (10-2004)
For Official Use Only

MGS104

4. KERMIT told SA Gaioni he was in a bar the other night with AL when an out-bad MONGOLS MEMBER, BOBBY LOCO got into a verbal fight with AL. KERMIT said BOBBY LOCO pulled out a firearm and threatened to shoot AL. KERMIT said he stood between AL and BOBBY LOCO and eventually BOBBY LOCO left with his group. KERMIT said AL was very grateful for him stepping in. AL asked KERMIT if he had a firearm and KERMIT said he did. AL then asked KERMIT if he would kill someone for him. KERMIT told AL he would do anything for MOTHER CHAPTER. KERMIT and SA Gaioni's conversation was then interrupted by another MONGOLS MEMBER. When KERMIT and SA Gaioni returned to the conversation KERMIT said he is expecting to get his full patch status back soon because he took care of "it" for MOTHER. Based on the conversation KERMIT was implying to SA Gaioni that he was involved in the assault on BOBBY LOCO and therefore would be rewarded by MOTHER CHAPTER.

5. Later in the night SA D'Angelo also had an opportunity to speak with KERMIT. KERMIT told SA D'Angelo that he should be getting his full patch status back soon because he handled "something" for MOTHER CHAPTER.

6. During the night SA Kozlowski and MONGOLS PROSPECT MEMBER "CHECK" (NFI), PUENTE CHAPTER became engaged in a conversation about the April 8, 2007 shooting at NICHOLAS STRIP CLUB. CHECK told SA Kozlowski that MONGOLS MEMBER "DANGER" (NFI), NORTHEAST LOS ANGELES CHAPTER was one of the MONGOLS who shot the MARAVILLA GANG MEMBER. SA Kozlowski replied he thought the MONGOL who did the shooting was already in custody (referring to MONGOLS MEMBER DENIS "STEAKY" MALDONADO JR.). CHECK agreed, but corrected SA Kozlowski saying there was a second shooter and that shooter was DANGER. CHECK said the MARAVILLA GANG MEMBER called DANGER out, saying that he wouldn't do anything. CHECK said that's when DANGER pulled out a firearm and started shooting. CHECK said DANGER shot the MARAVILLA member who is now paralyzed. CHECK referred to DANGER as "the real deal" and said he was a true gangster. CHECK then told SA Kozlowski that there is a MONGOLS MEMBER who is testifying against STEAKY with regard to the shooting.

7. At approximately 11:45pm the agents were released for the night.

8. ATF SA John Ciccone and members of the Task Force provided cover and support throughout the duration of this operation.

ATF EF 3120.2 (10-2004)
For Official Use Only

MGS1045

The ATF likes to give their cases names like "Black Rain" and "Fast and Furious", so when they are in the neighborhood snooping around we also give whatever they are looking for a fitting name. In this case I knew from the start that this would be priority one in their questioning of me. They were hunting a cop whom we on the streets code named "Serpico".

This topic was more important to officer Cervantes and ATF Agent Ciccone than any other incident and yet it was not even mentioned in our indictment. Officer Chris Cervantes of the Montebello Police Dept. and Agent John Ciccone of the Alcohol Tobacco and Firearms were both furious. They thought that they could get me to reveal the real name of "Serpico". And there search for an honest cop would be over. Cervantes explained to me the folder was part of his personnel file and should not have been released. He also informed me that along with the copies they found at my home, after tearing up my house to find them, he said he was also shown a copy of said folder by Attorney "CR McReynolds" outside of a courtroom on an earlier date. This is how Cervantes and Ciccone knew I was in possession of this folder. I had given a copy to Attorney "CR McReynolds" earlier. Five months or so before my arrest agent Ciccone and Officer Cervantes had entered my home and had found a copy of said file. The file had been given to me by the individual we code named "Serpico" after the honest cop portrayed by actor "Al Pacino" in the movie by the same title.

A high ranking law enforcement officer showed up one day, handed me the file and said "I am not a fan of the Mongols, but I still believe that law enforcement should take the high road and I strongly disagree with what officer Cervantes is doing". The file contained a complete investigation conducted by the Montebello Police Dept., after fellow officers of that dept. accused officer Cervantes of "Falsifying Evidence in cases involving members of the Mongols Motorcycle Gang". At the time of this questioning by officer Cervantes and agent Ciccone, I could not remember the name of the individual who gave me the file. One year after this questioning I learned from a jailer at the Montebello Police station that officer Cervantes had transferred to Montebello Police Dept. after leaving the Los Angeles Police Dept. I know that an officer does not usually leave a Dept. such as L.A.P.D. for a small town Dept. such as Montebello unless an officer is having disciplinary problems. I casually asked officer Cervantes where he had worked before Montebello. His answer was "I was L.A.P.D. gang and then that nigger Parks started that Rampart investigation, so I figured it was time to leave and I came here to Montebello". Here is an officer by his own admission leaves a Dept. because of one of the worst cases of police corruption in U.S. history, and then he is accused by his own fellow officers at his new dept. of further corruption. He is also accused by members of the motorcycle club (The Mongols) of corruption. He is afforded what law enforcement calls "Professional Courtesy" and is not prosecuted for crimes the average citizen would certainly go to jail for and now he is being accused by fellow officers of being a part of even more corruption at the Montebello Police Dept., one would think we are living in some third world country. Where else would this be allowed to go on?

Being in the Medical field for thirty five years, I can tell you that if an employee was ever accused by his fellow employees and the patients that he was supposed to be caring for of child abuse he would be fired if not convicted, he would at the very least never be put in charge of a pediatric unit. Only law enforcement is so arrogant as to place someone with such a history of corruption and bias towards the "Mongols Motorcycle Club" in charge of an investigation brought about to obtain a federal

RECEIVED

AUG 10 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
DEPUTY

indictment against said club. Officer Cervantes along with agent Ciccone have traveled across the United States to testify in cases that they have brought against members of the Mongols. Cervantes has testified that he is a gang expert and an expert in the "Mongols M.C.". This is not just the Mongols members who are complaining about the perjury Cervantes has and is committing but his "Brother Officers". What will it take for someone of authority to take action? Does some wealthy politicians son need to be falsely accused and convicted or worse yet killed by a drunken officer Cervantes to put a stop to all this corruption and "Professional Courtesy"? What about all the small children who visit their dad's through a glass partition on weekends due to Cervantes false accusations and perjury on the witness stand? There must be someone out there who cares.

Ruben "DOC" Cavazos



FILED
CLERK, U.S. DISTRICT COURT

OCT - 9 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2008 Grand Jury



RECEIVED
BUT NOT FILED

AUG 10 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY _____ DEPUTY

1    135.   On February 14, 2007, defendants MONTES and MELCER

2    beat L.H. to death at "Young's Tavern" in Lancaster, California.

3    136.   On March 23, 2007, in San Bernardino, California,

4    defendant R. LOZANO sold approximately 14.1 grams of actual

5    methamphetamine to an undercover law enforcement officer.

6    137.   On March 23, 2007, in San Bernardino, California,

7    defendant ARMENDAREZ sold approximately 55.5 grams of actual

8    methamphetamine to an undercover law enforcement officer and a

9    confidential government informant.

10   138.   On April 7, 2007, defendant PONCE sold approximately

11   78 grams of actual methamphetamine to a confidential government

12   informant.

13   139.   On April 7, 2007, defendant MUNZ and other

14   unidentified Mongols attacked an elderly male in Lancaster,

15   California.

16   140.   On April 8, 2007, defendant MALDONADO shot M.G. and

17   Z.S. at the "Nicola's" bar in Los Angeles, California.

18   141.   On April 8, 2007, defendants MUNZ, SHAWLEY, and

19   ROSELI, and other unidentified Mongols members drove defendant

20   MALDONADO to San Diego, California, in order to prevent MALDONADO

21   from being identified and apprehended by law enforcement after

22   MALDONADO shot two victims at the "Nicola's" bar in Los Angeles.

23   142.   On April 10, 2007, defendant CAVAZOS led a Mongols

24   "Presidents" and "Sergeant-at-Arms" Meeting in Los Angeles,

25   California, and directed Mongols members to prepare for

26   retaliation from rival Maravilla gang members in response to the

27   April 8, 2007 shooting at the "Nicola's" bar and also addressed

28   similar confrontations between the Mongols and the Mexican Mafia.

1 SOTO told an undercover law enforcement officer that SOTO and
2 other Mongols had been "hunting" members of the "Hells Angels"
3 biker gang in Hollywood, California, and physically attacking
4 them when possible.

5    172.  On July 5, 2007, in Los Angeles, California, defendant
6 J. GARCIA discussed his efforts to establish the Cypress Park
7 "chapter" of the Mongols gang and conflicts with the rival
8 Cypress park street gang.

9    173.  On July 5, 2007, by telephone using coded language, an
10 unidentified co-conspirator arranged to purchase approximately 28
11 grams of methamphetamine from defendant RODRIGUEZ for $700, and
12 RODRIGUEZ directed defendant TRUJILLO to deliver it for him.

13    174.  On July 7, 2007, in Los Angeles, California,
14 defendants CAVAZOS, R. CAVAZOS, JR., and MUNZ and other
15 unidentified Mongols gang members rewarded defendant MALDONADO
16 with authorization to display a Mongol "full patch" insignia
17 tattooed on his head for having shot two members of the rival
18 Maravilla gang on April 8, 2007.

19    175.  On July 10, 2007, by telephone using coded language,
20 defendant RODRIGUEZ directed defendant MOREIN to deliver $1500 in
21 drug proceeds to RODRIGUEZ's residence.

22    176.  On July 13, 2007, by telephone using coded language,
23 defendant RODRIGUEZ directed defendant MEDEL to collect drug
24 proceeds from an unindicted co-conspirator.

25    177.  On July 14, 2007, in Los Angeles, California,
26 defendant RODRIGUEZ offered to sell methamphetamine to an
27 undercover law enforcement officer.

28    178.  On July 14, 2007, by telephone using coded language,

45

1  defendant RODRIGUEZ.

2      231.  On October 6, 2007, in Palm Springs, California,
3  defendant CAVAZOS identified defendant WILSON as his "right-hand
4  man" for the Mongols' anticipated expansion into the East Coast
5  and awarded Mongols "Respect Few Fear None" patches to Mongols
6  members, including defendants H. GONZALEZ, WILSON, RIOS, and
7  MEDEL, for having committed acts of violence on behalf of the
8  Mongols.

9      232.  On October 6, 2007, defendants CAVAZOS, MUNZ, and W.
10  RAMIREZ addressed Mongols at the Mongols "national run" in Palm
11  Springs, California, and recommended that three undercover law
12  enforcement officers be accepted as prospective members of the
13  Mongols.

14      233.  On October 7, 2007, in Palm Springs, California,
15  defendants CAVAZOS, MUNZ, and WILSON issued a "Respect Few Fear
16  None" patch and a "Black Heart" patch to a Mongols member as a
17  reward for that member having engaged in a confrontation with a
18  rival gang member on behalf of the Mongols in Indianapolis,
19  Indiana.

20      234.  On October 9, 2007, by telephone using coded language,
21  defendant CAVAZOS discussed arrangements to obtain funds to pay
22  for the legal representation of defendant MALDONADO after
23  MALDONADO had attempted to kill rival Mara Villa gang members on
24  April 8, 2007, and H. GONZALEZ stated that there were many issues
25  to address at the next "Mother Chapter" meeting related to the
26  shooting.

27      235.  On October 10, 2007, by telephone using coded
28  language, defendant W. RAMIREZ asked defendant RODRIGUEZ for a

1  defendant NIEVES advised undercover law enforcement officers that
2  NIEVES and other Mongols had been "taxing" a former Mongol and
3  also warned the undercover officers that he had been alerted by a
4  Nextel employee that federal law enforcement officers had begun
5  "tapping" the telephones of Mongols members.

6      301.  On December 30, 2007, defendant NIEVES possessed a
7  Smith & Wesson .40 caliber handgun.

8      302.  On January 2, 2008, by telephone using coded language,
9  defendant WILSON sought authorization from defendant H. GONZALEZ
10  to attack J.D.

11     303.  On January 7, 2008, by telephone using coded language,
12  defendant WILSON told defendant MUNZ that he planned to admit
13  defendants BUSS and MCCAULEY into the Mongols "World" chapter and
14  that he planned to expand the Mongols organization into every
15  state in the United States.

16     304.  On January 7, 2008, by telephone, defendant CAVAZOS
17  told F.G. that he would provide funds to pay for defendant
18  MALDONADO's legal fees following MALDONADO's attempt to kill two
19  Maravilla gang members, and CAVAZOS also stated that a gun used
20  by MALDONADO in the shooting had been found in a Mongols members'
21  car.

22     305.  On January 10, 2008, by telephone using coded
23  language, defendant WILSON directed an unidentified Mongols
24  member to beat rival "Pagan" gang members in Baltimore, Maryland.

25     306.  On January 19, 2008, by telephone using coded
26  language, defendants MUNZ and WILSON discussed the rules of
27  membership in the Mongols, including the fact that all decisions
28  must be approved through the "Mother Chapter" members, and WILSON

California Penal Code, Sections 21a, 31, 187, 189, and 664.

4.     On or about February 14, 2007, in Los Angeles County, within the Central District of California, defendants MONTES and MELCER did willfully, deliberately, and with premeditation, kill with malice aforethought L.H., in violation of California Penal Code, Sections 21a, 31, 187, and 189.

5.     On or about April 8, 2007, in Los Angeles County, within the Central District of California, defendant MALDONADO willfully, deliberately, and with premeditation, unlawfully attempted to kill with malice aforethought rival gang members in violation of California Penal Code, Sections 21a, 31, 187, 189, and 664.

6.     On or about June 28, 2007, in Los Angeles County, within the Central District of California, defendant MELGOZA willfully, deliberately, and with premeditation, unlawfully attempted to kill with malice aforethought M.T., in violation of California Penal Code, Sections 21a, 31, 187; 189, and 664.

7.     On or about August 18, 2007, in Los Angeles County, within the Central District of California, defendants CAVAZOS and WILSON willfully, deliberately, and with premeditation, conspired to kill with malice aforethought rival gang members, in violation of California Penal Code, Sections 21a, 31, 182, 187, and 189.

8.     On or about April 6, 2008, in Pasadena, California, within the Central District of California, defendants LOZA and NEWMAN willfully, deliberately, and with premeditation, unlawfully attempted to kill with malice aforethought R.H. and J.H., in violation of California Penal Code, Sections 21a, 31, 187, 189, and 664.

1  Racketeering Act Forty

2  Distribution of Methamphetamine

3       44.  On or about March 23, 2007, in San Bernardino County,

4  within the Central District of California, defendant R. LOZANO

5  knowingly and intentionally distributed methamphetamine, a

6  schedule II controlled substance, in violation of Title 21,

7  United States Code, Section 841(a)(1).

8  Racketeering Act Forty-One

9  Distribution of Methamphetamine

10      45.  On or about March 23, 2007, in San Bernardino County,

11  within the Central District of California, defendant ARMENDAREZ

12  knowingly and intentionally distributed methamphetamine, a

13  schedule II controlled substance, in violation of Title 21,

14  United States Code, Section 841(a)(1).

15  Racketeering Act Forty-Two

16  Distribution of Methamphetamine

17      46.  On or about April 7, 2007, in Los Angeles County,

18  within the Central District of California, defendant PONCE

19  knowingly and intentionally distributed methamphetamine, a

20  schedule II controlled substance, in violation of Title 21,

21  United States Code, Section 841(a)(1).

22  Racketeering Act Forty-Three

23  Attempted Murder

24      47.  On or about April 8, 2007, in Los Angeles County,

25  within the Central District of California, defendant MALDONADO

26  willfully, deliberately, and with premeditation, unlawfully

27  attempted to kill with malice aforethought M.G. and Z.S., in

28  violation of California Penal Code, Sections 21a, 31, 187, 189,

92

COUNT SEVEN

[18 U.S.C. §§ 1959(a)(2), 3]

1.    Paragraphs One through Seventeen of the General Allegations and Paragraphs One and Two of Count Three are hereby incorporated and re-alleged herein as if set forth in full.

2.    On or about April 8, 2007, in Los Angeles County, within the Central District of California, for the purpose of maintaining and increasing position in the Mongols criminal enterprise, an enterprise engaged in racketeering activity, defendant MALDONADO did unlawfully and knowingly maim M.G., in violation of California Penal Code, Sections 31 and 203, all in violation of Title 18, United States Code, Section 1959(a)(2).

3.    After the commission of the above-described offense, defendants CAVAZOS, ROSELI, MUNZ, ALARCON, MORALES and EUSTICE received, relieved, comforted, and assisted MALDONADO in order to hinder or prevent MALDONADO's apprehension, trial, or punishment, in violation of Title 18, United States Code, Section 3.

102

## COUNT EIGHT

### [18 U.S.C. §§ 1959(a)(5), 3]

1.   Paragraphs One through Seventeen of the General Allegations and Paragraphs One and Two of Count Three are hereby incorporated and re-alleged herein as if set forth in full.

2.   On or about April 8, 2007, in Los Angeles County, within the Central District of California, for the purpose of maintaining and increasing position in the Mongols criminal enterprise, an enterprise engaged in racketeering activity, defendant MALDONADO did unlawfully and knowingly attempt to kill M.G. and Z.S., in violation of California Penal Code, Sections 31, 664, and 187, all in violation of Title 18, United States Code, Section 1959(a)(5).

3.   After the commission of the above-described offense, defendants CAVAZOS, ROSELI, MUNZ, ALARCON, MORALES and EUSTICE received, relieved, comforted, and assisted MALDONADO in order to hinder or prevent his apprehension, trial, or punishment, in violation of Title 18, United States Code, Section 3.

103

## COUNT SIXTY-ONE

[18 U.S.C. § 924(c)]

On or about April 8, 2007, in Los Angeles County, within the Central District of California, defendant DENIS MALDONADO, also known as "Steaky," knowingly possessed a firearm, namely, a Baikal ACP .380 caliber handgun, bearing serial number GO20976-BTM9983, during and in relation to, and in furtherance of, a crime of violence, namely, the racketeering conspiracy set forth in Count One of this Indictment, a violation of Title 18, United States Code, Section 1962(d).

160

*Used in our Sentencing*

1  Mongols meeting in which Mongols leaders addressed confrontations
2  with rival Hell's Angels gang members.  On July 27, 2006,
3  defendant directed Mongols at a "Sergeant-at-Arms" meeting, in
4  which he warned members about the possibility of being attacked
5  by rival gang members and recommended that they be prepared to
6  defend themselves and travel with other members.

7       On April 8, 2007, Mongols members Maldonado and Savala
8  attacked rival Maravilla gang members at the Nichola's bar by
9  shooting them multiple times, paralyzing one of the victims.  On
10  July 7, 2007, defendant, Mongols leaders, including Ruben
11  Cavazos, Sr., rewarded Maldonado for having shot the rival
12  Maravilla gang members by elevating his membership rights and
13  authorizing Maldonado to wear a "full patch" Mongols image
14  tattooed on his head.  On July 19, 2007, defendant participated
15  in a Mongols "Presidents" and "Sergeant-at-Arms" meeting with co-
16  defendants Ruben Cavazos, Sr., Hector Gonzalez, Andres Rodriguez,
17  Peter Soto, Enrique Munoz, Jose Garcia, Roger Martinez, Rafael
18  Lozano, Alex Lozano and others in which Cavazos, Sr., discussed
19  the need to expand the authority of the Mongols across the United
20  States and the risks of violent confrontations with other
21  motorcycle clubs and gangs.

22       In September 2007, defendant and other Mongols leaders
23  traveled to New Jersey to meet with "Pagans" gang members in
24  order to negotiate an alliance between the organizations.  On
25  October 6, 2007, other Mongols leaders rewarded co-defendants
26  Hector "Largo" Gonzalez, "Lars" Wilson, Robert "Chente" Rios and
27  Daniel Medel by presenting them with Mongols "Respect Few Fear
28  None" patches for having committed acts of violence on behalf of