# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED SOUTHERN DIVISION
CLERK U.S. DISTRICT COURT

DEC 19 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  __DONNIE LAGMAN__

From: __DONNIE LAGMAN__, Deputy Clerk    Date Received: __DEC 17, 2012__

Case No.: __CR08-1201 DOC__    Case Title: __USA v. RUBEN CAVAZOS et al.__

Document Entitled: __LETTER__

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1 — Document not legible
- ☑ Local Rule 11-3.8 — Lacking name, address, phone, facsimile numbers and email address
- ☑ Local Rule 11-4.1 — No copy provided for judge
- ☐ Local Rule 19-1 — Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1 — Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6 — Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8 — Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1 — No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1 — Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1 — Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2 — Statement of genuine disputes of material fact lacking
- ☐ Local Rule 7-19.1 — Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-7 — Pretrial conference order not signed by all counsel
- ☑ FRCvP Rule 5(d) — No proof of service attached to document(s)
- ☐ General Order 08-02 — Case is designated for electronic filing
- ☑ Other: __LOCAL RULE 83-2.11 IMPROPER COMMUNICATIONS WITH THE JUDGE IN A LETTER FORMAT__

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

## ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                          U.S. District Judge / U.S. Magistrate Judge

☑ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

__December 19, 2012__    __/s/ David O. Carter__
Date                      U.S. District Judge / U.S. Magistrate Judge
                          DAVID O. CARTER

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

COPY 1 - ORIGINAL-OFFICE    COPY 2 - JUDGE    COPY 3 - SIGNED & RETURNED TO FILER    COPY 4 - FILER RECEIPT

---

October 19th, 2012

Honorable Judge David O. Carter
United States District Court
Central District of California
411 West Fourth St./Court Room 9D
Santa Ana, CA 92701

Your honor:

During the time of my cooperation with the Prosecution I met with ATF agent John Ciccone and Montebello Police Officer Chris Cervantes. During those meetings I was given information that I could later use in court to convict other defendants.

Information such as evidence found at certain crime scenes should never be revealed to a possible witness/informant it can be used to convict an innocent defendant. I refuse to use it to help them but I am concerned that later they will convince other cooperators to perjure them selves and use this evidence.

From my prison cell I do not have access to anyone who might investigate my accusations against Ciccone and Cervantes. I know that inmates are not considered very credible but if someone with the authority to investigate my accusations would ask me what I have learned from my meetings with Ciccone and Cervantes. They may find what I am saying credible. I have not released the contents of my meetings with Ciccone and Cervantes to the News Media for fear of contaminating legitimate witnesses testimony to these cases. The News Media will be my last resort to prevent these two from sending an innocent man to prison.

Thank you
Ruben Cavazos Sr.

RECEIVED BUT NOT FILED

DEC 17 2012

CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY                DEPUTY
4:31 PM



Ruben Cavazos # 55348-112
FCI La Tuna
Federal Correctional Institution
P.O. Box 3000
Anthony Texas 88021

CR08-1201-DOC

Honorable, Judge David O. Carter
United States District Court
Central District of California
411 West Fourth St/Courtroom 9D
Santa Ana Ca 92701