AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
BRIANNA FULLER MIRCHEFF (Bar No. 243641)
(Email: Brianna_Mircheff@fd.org)
Deputy Federal Public Defender
RAMANUJAN NADADUR (Bar No. 315718)
(E-Mail: Anuj_Nadadur@fd.org)
Research and Writing Attorney
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2911
Facsimile: (213) 894-0081

Attorneys for Defendant
Ruben Cavazos Sr.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RUBEN CAVAZOS SR., <br><br> Defendant. | Case No. 08-CR-01201-ODW <br><br> **UNOPPOSED *EX PARTE* APPLICATION TO FILE APPLICATION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(2)** *UNDER SEAL* |

1

Defendant Ruben Cavazos Sr., through his counsel of record, Deputy Federal Defender Brianna Fuller Mircheff and Anuj Nadadur hereby apply *ex parte* for an order allowing Mr. Cavazos to file his concurrently lodged application for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) under seal.  This application is based on the attached memorandum of points and authorities. The Assistant United States Attorney assigned to this case, AUSA Christopher Brunwin, has indicated that he does not oppose the relief requested in this sealing application.

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED:  April 10, 2020

By   */s/ Brianna Fuller Mircheff*
BRIANNA FULLER MIRCHEFF
Deputy Federal Public Defender
Attorney for Ruben Cavazos Sr.

# INTRODUCTION

Mr. Cavazos seeks to file, *under seal*, his application for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). The motion discusses Mr. Cavazos's plea agreement, the parties sentencing pleadings, and the sentencing hearing transcript, all of which were sealed initially, and the PSR, which was not publicly available either. The reason that these documents were sealed remains intact.

# II.
# LEGAL ARGUMENT

## A. The Court May Seal Its Records To Protect A Party's Interests

A court has supervisory powers over its records and files to seal documents under appropriate circumstances. *See United States v. Mann*, 829 F.2d 849, 853 (9th Cir. 1987); *In re Sealed Affidavit(s) to Search Warrants*, 600 F.2d 1256, 1257 (9th Cir. 1979). Under Local Rule 79-5 of the District Court for the Central District, a party may request the court to seal a document filed with the court.

Although there is a strong presumption of public access to court records, a party desiring to seal a document filed with the court may overcome this presumption by presenting facts known to the court which demonstrate a likelihood of improper use of the material, such as for scandalous or libelous purposes or that its use will infringe upon fair trial or privacy rights. *Valley Broadcasting Co. v. United States Dist. Ct.*, 798 F.2d 1289, 1294 (9th Cir. 1986); *see Hagestad v. Tragesser*, 49 F.3d 1430, 1434 (9th Cir. 1995). A court is to balance the likelihood of improper use with the public's interest in understanding the judicial process to determine whether the presumption of access is overcome. *Valley Broadcasting Co.*, 798 F.2d at 1294. In making its decision, the court must consider all the relevant factors and "base its decision on a compelling reason and articulate the factual basis for its ruling, without relying on hypothesis or conjecture." *Hagestad*, 49 F.3d at 1434.

**C.     Application**

Mr. Cavazos's application for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and accompanying exhibits contain nothing of any appreciable interest to the general public. On the other hand, it discusses sensitive information about Mr. Cavazos personally, including the nature of his sentencing agreement, and his current medical conditions. These circumstances support placing the documents *under seal*.

## III.
## CONCLUSION

Mr. Cavazos requests that this Court grant his application to file *under seal*. Should the Court deny this application, Mr. Cavazos requests that the Court order the clerk to return the documents to counsel for Mr. Cavazos.

Respectfully submitted,

AMY M. KARLIN
Interim Federal Public Defender

DATED: April 10, 2020         By   */s/ Brianna Fuller Mircheff*
BRIANNA FULLER MIRCHEFF
Deputy Federal Public Defender
Attorney for Ruben Cavazos Sr.