AMY M. KARLIN (Bar No. 150016)
Interim Federal Public Defender
BRIANNA FULLER MIRCHEFF (Bar No. 243641)
(Email: Brianna_Mircheff@fd.org)
Deputy Federal Public Defender
RAMANUJAN NADADUR (Bar No. 315718)
(E-Mail: Anuj_Nadadur@fd.org)
Research and Writing Attorney
321 East 2nd Street
Los Angeles, California 90012-4202
Telephone: (213) 894-2911
Facsimile: (213) 894-0081

Attorneys for Defendant
Ruben Cavazos Sr.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RUBEN CAVAZOS SR.,<br><br>　　　　Defendant. | Case No. 08-CR-01201-ODW<br><br>**[PROPOSED] ORDER RE: DEFENDANT'S *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

　　　　GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Ruben Cavazos Sr.'s application for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and accompanying exhibits shall be filed *under seal*.

DATED: April ___, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE OTIS D. WRIGHT
　　　　　　　　　　　　　　　　　　　United States District Judge

1

OR

In the Alternative:

GOOD CAUSE NOT HAVING BEEN SHOWN, the ex parte application to file Ruben Cavazos, Sr.'s application for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and accompanying exhibits *seal* is denied.  The clerk is ordered to return the documents to counsel for Mr. Cavazos.

DATED: April ___, 2020

HONORABLE OTIS D. WRIGHT
United States District Judge

Presented by:

*/s/ Brianna Fuller Mircheff*
BRIANNA FULLER MIRCHEFF
Deputy Federal Public Defender