# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br> v. <br> RUBEN CAVAZOS SR., <br>     Defendant. | Case No. 08-CR-01201-ODW-1 <br><br> **ORDER RE: DEFENDANT'S *EX PARTE* APPLICATION TO FILE DOCUMENTS UNDER SEAL** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that Ruben Cavazos Sr.'s reply brief in support his motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) and accompanying exhibits shall be filed *under seal*.

DATED: April 23, 2020

HONORABLE OTIS D. WRIGHT
United States District Judge

1